IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-00525-RAH-KFP |
| AUTAUGA COUNTY, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

On August 12, 2025, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 7.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

**ORDERED** and **ADJUDGED** as follows:

1. The Recommendation (Doc. 7) is **ADOPTED**; and
2. This action is **DISMISSED** for lack of subject matter jurisdiction.

**DONE** and **ORDERED** on this the 2nd day of September 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE